# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DWAIN WHITEHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  CV411-229 |
| | ) |
| SAVANNAH FIRE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Dwain Whitehead has filed an employment-discrimination case[1] against the Savannah Fire Department. Doc. 1. He has paid the Court's $350 filing fee. Doc. 4. Since he is proceeding *pro se*, however, the Court normally issues specific instructions on things like service of process, discovery obligations, and so forth. But it cannot do so here because Whitehead has left blank the "defendant" section of the form complaint that he has used. The Clerk of Court made a reasonable guess and

---

1  His suit is brought under Title VII, which "makes it unlawful for an employer to "discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-2(a)(1)." *Bryant v. Dougherty County Sch. Sys.*, 382 F. App'x 914, 916 n. 1 (11th Cir. Jun. 15, 2010); *see also Reeves v. DSI Sec. Servs.*, 331 F. App'x 659, 662 (11th Cir. 2009).

inserted "Savannah Fire Department" in the "defendant" area of the Court's docket, but that obviously is not determinative. For that matter, it is doubtful whether plaintiff can sue the "fire department." *See generally* 25 FED. PROC., L. ED. § 59:97 (Nov. 2011) ("[a] local governmental entity, such as a county sheriff's department, which lacks capacity to be sued under the applicable state law, may not be sued in federal court under the provisions of Fed. R. Civ. P. 17.") (citing *Dean v. Barber*, 951 F.2d 1210 (11th Cir. 1992)).

With no defendant there is no case or controversy and thus no jurisdiction for this Court to act. *Williams v. Dept. of Corr. Staff*, 2009 WL 800181 at * 2 (E.D. Cal. Mar. 25, 2009). Whitehead shall have 21 days within which to name a defendant capable of being sued or face dismissal of his case.

**SO ORDERED**, this 8th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA