# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DWAIN WHITEHEAD,           )
                           )
    Plaintiff,             )
                           )
v.                         )   Case No.  CV411-229
                           )
SAVANNAH FIRE DEPARTMENT,  )
                           )
    Defendant.             )

## REPORT AND RECOMMENDATION

Dwain Whitehead filed this employment-discrimination case against the Savannah Fire Department. Doc. 1. He paid the Court's $350 filing fee (doc. 4) but is proceeding *pro se*, so the Court normally issues specific instructions on things like service of process, discovery obligations, and so forth. It could not do that here because Whitehead left blank the "defendant" section of the form complaint that he used. So, the Court directed him to cure that defect within 21 days. Doc. 5 at 2 ("Whitehead shall have 21 days within which to name a defendant capable of being sued or face dismissal of his case."). He has failed to comply. His case therefore should be **DISMISSED WITHOUT PREDJUDICE** for

disobeying a Court Order. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).

**SO REPORTED AND RECOMMENDED**, this 12th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA