IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DWAIN WHITEHEAD,

    Plaintiff,

v.                                  CASE NO. CV411-229

SAVANNAH FIRE DEPARTMENT and
CITY OF SAVANNAH FIRE AND
EMERGENCY SERVICES,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), which recommended dismissal of Plaintiff's complaint because he failed to comply with an earlier order (Doc. 5) directing him to name a defendant capable of being sued by November 29, 2011. While Defendant failed to comply by that date, he has subsequently submitted an amended complaint. After careful consideration, the Court **DECLINES TO ADOPT** the report and recommendation, which is **DISMISSED**. This case is again **REFERRED** to the Magistrate Judge.

SO ORDERED this 29th day of February 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA