# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DWAIN WHITEHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CV411-229 |
| ) | |
| THE MAYOR & ALDERMAN ) | |
| OF THE CITY OF SAVANNAH, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Illuminating a host of legal deficiencies in employment-discrimination plaintiff Dwain Whitehead's *pro se* complaint, the Court gave him 21 days to cure them or face dismissal.  Doc. 11.  He has failed to respond.  His case therefore should be **DISMISSED WITHOUT PREDJUDICE** for disobeying a Court Order.  Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).

**SO REPORTED AND RECOMMENDED** this <u>26th</u> day of April, 2012.

                                        */s/ G.R. Smith*
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA