# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DWAIN WHITEHEAD, )
 )
    Plaintiff, )
 )
v. ) Case No. CV411-229
 )
THE MAYOR & ALDERMAN )
OF THE CITY OF SAVANNAH, )
 )
    Defendants. )

## REPORT AND RECOMMENDATION

Illuminating a host of legal deficiencies in employment-discrimination plaintiff Dwain Whitehead's *pro se* complaint, the Court gave him 21 days to cure them or face dismissal. Doc. 11. He has failed to respond. His case therefore should be **DISMISSED WITHOUT PREDJUDICE** for disobeying a Court Order. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).

**SO REPORTED AND RECOMMENDED** this  26th  day of April, 2012.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA